THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATE OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>RICCO A. GRAVES, JR.,<br><br>　　　　　Defendant. | CASE NO. CR16-0119-JCC<br><br>MINUTE ORDER CONTINUING TRIAL DATE AND PRETRIAL MOTIONS DEADLINE |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Ricco A. Graves, Jr.'s Unopposed Motion to Continue Trial and the Pretrial Motions Deadline (Dkt. No. 18) and Speedy Trial waiver (Dkt. No. 20). After reviewing the motion and the relevant record, the Court makes the following findings of fact and conclusions of law:

1. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

2. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. § 3161(h)(7)(B)(i).

3. The defense needs additional time to review discovery and conduct an investigation, including all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation

      for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii); and

4.       Taking into account the exercise of due diligence, a continuance is necessary to allow the defendant the reasonable time for effective preparation of his defense. 18 U.S.C. § 3161(h)(7)(B)(iv).

Now, it is therefore ORDERED that the trial date is continued from July 5, 2016, to August 15, 2016. It is further ORDERED that the resulting period of delay from July 5, 2016, to August 15, 2016, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B). Finally, it is ORDERED that pretrial motions are due no later than July 18, 2016.

DATED this 6th day of June 2016.

      <u>William M. McCool</u>
      Clerk of Court

      <u>s/Paula McNabb</u>
      Deputy Clerk