THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0119-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICCO A. GRAVES, JR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. Defendant Ricco Graves's trial is currently set for August 15, 2016. (Dkt. No. 21.) However, due to scheduling conflicts, this trial date is unavailable. The Court therefore ORDERS that the jury trial in this case be CONTINUED to Monday, August 29, 2016. This date is within the period of Defendant's speedy trial waiver. (*See* Dkt. No. 20) (speedy trial right waived through September 15, 2016). This continuance does not affect the pretrial motions deadline, which is set for Thursday, July 21, 2016. (Dkt. No. 23.)

The Court further ORDERS that trial briefs, motions in limine, proposed voir dire, proposed jury instructions, and proposed verdict forms shall be submitted no later than Monday, August 22, 2016. Objections or responses to these filings shall be due by Wednesday, August 24, 2016. Regarding the proposed jury instructions, the parties shall indicate which instructions they

MINUTE ORDER, CR16-0119-JCC
PAGE - 1

agree upon and which instructions are contested, along with the basis for challenging each contested instruction.

DATED this 18th day of July 2016.

<pre>
                                William M. McCool
                                Clerk of Court

                                s/Paula McNabb
                                Deputy Clerk
</pre>