THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICCO ANTHONY GRAVES JR.,<br><br>Defendant. | CASE NO. CR16-119 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant Ricco Graves's unopposed motion to continue the pretrial motions deadline and trial date (Dkt. No. 43). The Court hereby makes the following findings:

1. Given the procedural nature of this case and the fact that current defense counsel was appointed to represent the defendant on November 15, 2016, it is impossible for counsel to review the discovery materials and be prepared to effectively file any potential pretrial motions and be prepared for trial by December 12, 2016.

2. The Court finds, therefore, that a failure to grant the continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

3.   The Court further finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to insure effective trial preparation and that these factors outweigh the best interests of the public in a more speedy trial, within the meaning of 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court GRANTS the motion. Any pretrial motions must be filed on or before February 13, 2017. The new trial date is March 13, 2017, at 9:30 a.m.

It is further ORDERED the time period between December 12, 2016, and March 13, 2017, is excludable time, pursuant to 18 U.S.C. § 3161(h)(7)(A), for the purposes of computing the time limitations imposed by the Speedy Trial Act, 18 U.S.C. § 3161-3174.

DATED this 30th day of November 2016.

<u>William M. McCool</u>
Clerk of Court

<u>s/Paula McNabb</u>
Deputy Clerk