THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0119-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| RICCO ANTHONY GRAVES JR., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Defendant's unopposed motion for an order continuing the trial date in the above-captioned matter (Dkt. No. 50). In light of the circumstances that are presented, the Court finds that a failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court also finds that the ends of justice will be served by ordering a continuance in this case, that a continuance is necessary to ensure adequate time for effective representation, and that these factors outweigh the best interests of the public and the Defendant in a speedy trial. Therefore, the motion to continue trial (Dkt. No. 50) is GRANTED. Pretrial motions must be filed on or before April 24, 2017 and trial will begin on May 22, 2017. Accordingly, the Court ORDERS that the period of time from the date of this Order until the new

trial date of May 22, 2017, shall be excludable time pursuant to the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

Additionally, Defendant filed an unopposed motion to seal defense counsel's declaration filed with the motion to continue the trial date (Dkt. No. 51.) The Court starts from the position that "[t]here is a strong presumption of public access to [its] files." W.D. Wash. Local Civ. R. 5(g)(3); *see also Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 (1978). However, a particularized showing of good cause will suffice to warrant sealing discovery documents attached to non-dispositive motions. *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006). The declaration filed under seal contains sensitive and private information. The Court concludes that Defendant has made a particularized showing of good cause to seal the declaration. Therefore, the motion to seal (Dkt. No. 51) is GRANTED.

DATED this 6th day of March 2017.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk