THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR16-0119-JCC |
| Plaintiff, | ORDER |
| v. | |
| RICCO ANTHONY GRAVES, JR., | |
| Defendant. | |

This matter comes before the Court on the Government's unopposed motion to dismiss the indictment pursuant to Federal Rule of Criminal Procedure 48(a) (Dkt. No. 60). The motion is GRANTED and the indictment in the above-entitled caption is DISMISSED without prejudice. The Court directs the Clerk to TERMINATE Defendant's motion to dismiss the indictment (Dkt. No. 28).

DATED this 25th day of July 2017.

John C. Coughenour
UNITED STATES DISTRICT JUDGE